UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MOORE,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:25-cv-01078-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 10) |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's complaint from November 3, 2025, through and including December 3, 2025. (Doc. 10).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file a copy of the administrative record by no later than **December 3, 2025**; and

2. Plaintiff's motion for summary judgment, the cross-motion for summary judgment, and any optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5 ¶¶ 3-5).

IT IS SO ORDERED.

Dated:   **November 3, 2025**                              _____
                                                                                   UNITED STATES MAGISTRATE JUDGE