UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MOORE, | Case No. 1:25-cv-01078-CDB (SS) |
| Plaintiff, | ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 14) |
| Defendant. | |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment from January 29, 2026, through and including March 5, 2026. (Doc. 14).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **March 5, 2026**; and

2. Any optional reply by Plaintiff shall be filed in accordance with the Court's scheduling order. (Doc. 5 ¶ 5).

IT IS SO ORDERED.

Dated:   **January 29, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE